# Exhibit 1











# Exhibit 2









# Exhibit 3



All Products 🔲 🔲

**EXPECT MORE. PAY LESS.** ⊙ Go inside the Bullseye and learn more about Target >

Free shipping on over 150,000 items when you spend $50.

**Similar Categories**
All Patterned
Blue



🔍 Zoom and View Larger

**Availability:**
Usually ships in 24 hours

This item is available online and in stores.

Prices, promotions, styles and availability may

free shipping
when you spend $50

**Spring Song 16-pc.
Dinnerware Set**

**$59.99**

(5 reviews)

**Quantity:** 1

Sign-In for 1-Click

vary by store and online.

**This item can be combined with other eligible items for the "Free shipping when you spend $50" promotion. Discount applied at Checkout.**
See offer details.

| Features | Reviews | Additional Info | Shipping Info |
|----------|---------|-----------------|---------------|

**Average Guest Rating:**

1-5 (of 5 Reviews)    Show: Newest First    🔲    Write your own Review

April 20, 2009

## I ONLY THOUGHT I WANTED "CHIRP" BY LENOX...

Reviewer: **College Grad "Ashley"** (Louisiana)   See all my reviews.

I know it sounds crazy, but I was determined to use paper plates until I could save up the [Price]It would take for me to purchase 10 place settings of the Lenox Chirp pattern. I was SO in love with that china that I know I looked at it online or in the store at least once a week...until I saw this.
I am about to graduate from college so I have been picking out things for my apartment and I came across these plates online. Sure, these plates are not identical to Chirp, but I think they are better! I have bought 8 settings and I am MORE than thrilled. If I had bought the Lenox settings, I would probably still use the paper plates for risk of damaging the ridiculously expensive china.
The set is amazingly pretty, practical, and extremely economical. I am SO happy.

Was this review helpful to you?

April 9, 2009

## YOU WILL LOVE THIS IF YOU LIKE LENOX CHIRP

Reviewer: **Berrygirl "Gina"** (NY, USA)   See all my reviews.

I've admired Chirp for a while now...but with 2 kids, who needs broken china that costs a fortune to replace [Price]This is almost the same pattern, and has the same color scheme. Very very pretty plates and mugs. The color is more intense, a bit deeper, than in the pictures online. The items are substantial\without being heavy. The pattern itself is smooth with some very small texture over the outlines of the birds and flowers. The mug handle is

wide enough for most people to fit their fingers in (sometimes a problem). I bought glassware that mimics the shape of the mugs (Libbey Kava 16-pc. Glassware Set) and they look very nice together. The Chirp pieces will complement these very well, although I wish Target had serving pieces in the Spring Song pattern. Beautiful dinnerware that we will use everyday.

Was this review helpful to you?

1 out of 1 people found the following review helpful:

## GREAT ALTERNATIVE TO LENOX CHIRP

Reviewer: **nature girl "Janet"** (Fort Riley, KS, USA)   <u>See all my reviews</u>

March 24, 2009

My Husband and I got married quickly and weren't able to set up a registry. I fell in love with the Lenox chirp collection, and was upset that we wouldn't be able to afford it. I was walking through a Target in Kansas and saw these plates. I freaked out, and my friend didn't even know what for. We hadn't found a place yet, so I didn't want to buy them. But I am glad to say that I could find them online and that they are our first purchase as a couple. We love using them, and they were a great purchase for the price.

Was this review helpful to you?

4 out of 4 people found the following review helpful:

## GREAT PRICE, GREAT QUALITY

Reviewer: **Deborah Kershaw Ebbert "Dabbie"** (Miami FL)   <u>See all my reviews</u>
<u>REAL NAME</u>

March 15, 2009

I feel in love with the Lenox "Chirp" pattern, and this is an almost exact match. I purchased the serving pieces from the Lenox line, and they go together beautifully! The lenox pattern sells for big price, a place setting, so Target offers an excellent value!

Was this review helpful to you?

4 out of 4 people found the following review helpful:

## WEDDING GIFT

Reviewer: **Mrs. Noyes** (Pittsfield, NH)   <u>See all my reviews</u>

March 3, 2009

I bought two of these sets as a wedding gift for my daughter and son-in-law. They are very happy with the dinnerware, though the color is more turquoise than the picture shows. I only wish that there were more pieces such as serving bowls and platters to go with the

# Exhibit 4



LENOX

April 8, 2009

<u>Via UPS – Next Day</u>
Mr. Gregg Steinhafel
President and Chief Executive Officer
Target Corporation
33 South Sixth Street
Minneapolis, MN 55402

Re: Lenox Simply Fine® Chirp™ Dinnerware Infringement.

Dear Mr. Steinhafel:

It has come to our attention that Target Corporation ("Target") is manufacturing, distributing, marketing and selling a line of china dinnerware that is virtually identical to Lenox's highly successful Simply Fine® casual dinnerware line marketed under the name Chirp™. Attached to this letter are photographs that show comparisons of our companies' respective products.

Like the Lenox product, the Target product consists of a four-piece place setting of dinnerware, including dinner plate, salad plate, individual soup/pasta bowl and mug. Like the Lenox product, the infringing product is colored white and aqua and incorporates stylized designs of bluebirds and various floral elements, including generic blossoms of five lobes, delicate wooden branches and leaves. The color scheme of these floral elements, red-orange, white, blue-green, yellow, and brown, are precisely the same as the Lenox product.

Moreover, the artistic style employed in the design of our respective products -- impressionistic and meandering -- is the same. Finally, the name of the Target product -- *Spring Song* -- like the name Chirp™ is related to a bird's sound and reinforces the wholesale infringement of our product.

It is readily apparent that Target's *Spring Song* product is a copy of Lenox's Simply Fine® Chirp™ dinnerware. But, don't take our word for it. Let's see what your customers have to say about your *Spring Song* dinnerware on Target's web site.

> *I feel* [sic] *in love with the Lenox "Chirp" pattern, and this is an almost exact match. I purchased the serving pieces from the Lenox line, and they go together beautifully! The Lenox pattern sells for big price, a place setting, so Target offers an excellent value!*

. . .

> *My Husband and I got married quickly and weren't able to set up a registry. I fell*
> *in love with the Lenox chirp collection, and was upset that we wouldn't be able to*
> *afford it. I was walking through a Target in Kansas and saw these plates. I*
> *freaked out, and my friend didn't even know what for. We hadn't found a place*
> *yet, so I didn't want to buy them. But I am glad to say that I could find them online*
> *and that they are our first purchase as a couple. We love using them, and they*
> *were a great purchase for the price.*

See: http://www.target.com/Spring-Song-16-pc-Dinnerware-Set/dp/B001HTGJVC

Since the introduction of the Lenox Simply Fine® Chirp™ dinnerware in 2007,
Lenox has spent a considerable amount of time and money developing and marketing this
unique product. The Chirp pattern is now the fastest growing pattern in the upstairs bridal
registry market.

At the very least, the use by Target of the Lenox's Chirp™ designs constitutes
copyright infringement, trade dress infringement and unfair competition. Accordingly,
Target must cease, immediately, its use of these proprietary designs on its products.

Please advise me of the steps to be taken by Target to withdraw immediately from
the marketplace all products and promotional materials utilizing these designs, including
but not limited to, the withdrawal and destruction of all advertising materials related to
the infringing products, the recall and destruction of all infringing products in the
marketplace, as well as the destruction of all inventory, the termination of all production
of products utilizing the infringing designs and the elimination of these designs on any
future products.

So that we may assess our damages completely, please advise me of the total
distribution to date of all products utilizing the *Spring Song* designs, including the
manufacturing cost thereof. I also need to know the location of any and all warehouses
storing the infringing products, the identity, address and contact of the manufacturing
sources of these products, and the ports of entry of the products into the United States.

Mr. Gregg Steinhafel
April 8, 2009
Page Three


        This matter is extremely important to Lenox and I would like to have a response
to this letter by Thursday, April 16, 2009. We trust that as a reputable company, which
abhors "knock-offs" as much as we do and prides itself in selling original, fashion-
forward products, Target will co-operate fully with Lenox in resolving this matter.
However, if we are unable to resolve it, Lenox will take all steps necessary to protect its
rights.


                                        Very truly yours,

                                        LENOX CORPORATION



                                        Louis A. Fantin,
                                        Senior Vice President,
                                        General Counsel and Secretary






Attachments

Lenox Simply Fine® Chirp™ Dinnerware



Target Spring Song™ Dinnerware

